William G. McCormick, appellant, v. City of Chicago, appellee. Gen. No. 33,874.

Heard in the first division of this court for the first district at the October term, 1929.

Opinion filed June 30, 1930.

Shannon & Morrill, for appellant. Samuel A. Ettelson, Corporation Counsel, Gotthard A. Dahlberg, Wm. T. Crilly and Joseph J. Thompson, Assistant Corporation Counsel, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

University of Chicago, appellant, v. City of Chicago, appellee. Gen. No. 33,875.

Heard in the first division of this court for the first district at the October term, 1929.

Opinion filed June 30, 1930.

Shannon & Morrill, for appellant. Samuel A. Ettelson, Corporation Counsel, Gotthard A. Dahlberg, Wm. T. Crilly and Joseph J. Thompson, Assistant Corporation Counsel, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Charles F. Grey et al., appellants, v. City of Chicago, appellee. Gen. No. 33,876.

Heard in the first division of this court for the first district at the October term, 1929.

Opinion filed June 30, 1930.

Shannon & Morrill, for appellants. Samuel A. Ettelson, Corporation Counsel, Gotthard A. Dahlberg, Wm. T. Crilly and Joseph J. Thompson, Assistant Corporation Counsel, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.